

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On May 24, 2019, we struck appellant's original brief from our record because the brief failed to redact sensitive data and did not contain any citations to authorities or to the record in the statement of facts and the argument. *See* TEX. R. APP. P. 9.9(a)(3), 38.1(g), 38.1(i). On June 21, 2019, appellant filed an amended brief that complied with Texas Rule of Appellate Procedure 9.9 because it did not contain sensitive data; however, we struck appellant's amended brief because it did not contain citations to authorities or to the record in the statement of facts and the argument. *See* TEX. R. APP. P. 38.1(g), 38.1(i). On July 12, 2019, appellant filed a second amended brief, which does not correct all the deficiencies we have identified. As with appellant's prior two briefs, his second amended brief violates Texas Rule of Appellate Procedure 38 in that the statement of facts and the argument do not contain any citations to authorities or to the record. *See* TEX. R. APP. P. 38.1(g), 38.1(i). Notwithstanding these deficiencies, we will not strike appellant's second amended brief and will not order appellant to file a third amended brief. However, appellant is advised that because of some of the deficiencies in his second amended brief we may ultimately conclude that appellant has waived his appellate complaints due to inadequate briefing. *See Lott v. First Bank*, No. 04-13-00311-CV, 2014 WL 4922896, at *4 (Tex. App.—San Antonio Oct. 14, 2014, no pet.) (holding the appellant waived any appellate complaint by failing to comply with the briefing rules set out in Rule 38.1 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2019.



_____
Keith E. Hottle,
Clerk of Court